☒ FILED  ☐ LODGED

**Aug 16 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Smith, Larry A. 305324
Name and Prisoner/Booking Number

A.D.C. Eyman Rynning Unit
Place of Confinement

P.O. Box 3100 7-D-214
Mailing Address

Florence AZ 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Smith, Larry Allen,
(Full Name of Plaintiff)       Plaintiff,

vs.

(1) U.S. State Dept, Dept. of Justice
(Full Name of Defendant)
(2) U.S. Federal Bureau of Investigation
(3) U.S. Dept of Homeland Security
(4) U.S. National Security Agency
Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-02609-PHX-GMS-JFM
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
"Jury Trial Demanded"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Phx AZ, Scottsdale AZ, A.D.C.

Revised 3/9/07

550/555

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 1st Amendment, 2nd Amendment Amed, XII Right to Privacy, Article 1,2,3,4,5,6,7,8,9,10,11,12 Amend XIV Article, 13,14,15,19, Amend XXVII Article 26

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have been Experiencing Retaliation from the Federal Goverment for Things such as freedom of speach, freedom Religion, Exercising of my Religion, my way of life and The use of it by the Fedral goverment to manipulate it, Voice messages, Phone calls Video and Wire Tap's to facilitate Their mission, Objectives and Agenda, Tear down, defame, humilate, to Persecute, prosecute and convict me of faticious claim's causing Extreme hardship to my body, mind, mental, physical and Emotional state, physically Inflicting cruel and unusual punishment. They Acomplished These mean's by the use of wire tap's, phone calls, voice messages, Audio and Video Imagetrey and Electronic Servailence They cut Editied and used Enhancement on Analoge, Digital Recording's and Imagetrey, for the use of In Their Claudestine Mission's Aginst me, Causing Violations to my Consititutional and Civil Right's while Implementing Their Agenda, and Trying To Exstablish their Religious Phylosiphy and Ideology

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Skull Fractures, Fractured + Broken Rib's, Fractured + Broken Vertebra, Fractured + Broken Bones, Torn Legaments, Torn Tendents, Dislocated Shoulder, Heart and Coronary Distress, Problems

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Apone my Incarceration, I ask for help from the Resident paralegal, I was told that she would not help me if I sued the United States goverment.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 1st Amendment, 2nd Amend Amend, 12, Right to Privacy, Article 1,2,3,4,5,6,7,8,9,10,11,12 Amend XIV, Article, 13,14,15,19, Amend XVIII, Article 26

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have been Experencing Retaliation from the Fedral Gourment for Things such as freedom of speach freedom of Religion, Exercising of my Religion, my way of life and the use of IT by the Fedral gourment to Manipulate IT, Voice Message's, Phone calls Video and wire Taps to Facilitate their mission, Adjectives and Agenda, Tear down, defame, humilate, to Persecute, Prosecute and Convict me of Fatictious claims causing Extreme hardship to my body, Mind, Mental, Physical and Emotional state Inflicting Cruel and unusual punishment They Acomplished These means by the use of wire taps, Phone calls, Voice Massages, Audio and Video Imagetrey and Electronic Servailence They cut Edited and used Enhancement on Analoge, Digital Recordings and Imagetrey for the use of In their Clandestine Mission's Against me Causing Violations to my Constitutional and Civil Rights while Implementing their Agenda and Trying to Evstablish their Religious Phylosiphy and Ideology.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Torn muscles, Tissue Damage, Organ Damage, Torn ACL'S, Broken and Chip Teeth, poisionings, organ failure, Brain Damage defamation of character, Mental and physical Abuse.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Apone my Incarceration, I ask for help from the Resident paralegal, I was told that she would not Help me If I sued the United States gouerment

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: 1st Amend, 2nd Amend, Amend 12 Right to Privacy, Article, 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,19, Amend xxVII, Article 26, And Any Amend. & Article I have missed

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have been Experiencing Retaliation from the Federal Government For Things Such as Freedom of Speech, Freedom of Religion, Exercising of my Religion, My Way of Life and the use of IT by the Federal Government To Manipulate IT, Voice Messages, Phone calls, Video and Wire taps to facilitate their Mission, Objectives and Agenda, Tear downs, defame, humiliate, to Persecute, Prosecute and Convict me of fatitious claims Causing Extreme hardship To my body, mind, Mental, Physical and Emotional state. Inflicting Cruel and UNUSUAL punishment. They Accomplished these Means by the use of Wire Taps, phone calls, Voice Messages, Audio And Video Imagetrey and Electronic Sepvillence They cut, Edited and used Enhancement on Anelage, Digital Recordings and Imagetrey for the Use of In their Cleudestine Missions Against Me Causing Violations To my Constitutional and Civil Rights while Implementing Their Agenda and Trying To Exstablish Their Religious Phylosiphy and Ideology

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Defamation of Character, Emotional Distress, Physical Distress, Financial Distress, Skull Fracture's, Broken Ribs, Fractures & Broken Vertebra, Torn Legaments, Broken Bones, Heart & coronary Distress & Problems

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. APONR my Incarceration, I Asked for Help from the Reisdant Paralegal, I was Told That she would Not Help me If I sued the United States Government

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

D. CAUSE of Action    page #6

1. 1st Amendment, 2nd Amendment, Amendment XII, Amendment XXVII
COUNT IV

2. IX Basic Necessities

3. Supporting Facts

I have been denied seck Thing's As Shower shoe's, soap, Toothbrushes, Towel's writing supplies, proper Dietary needs I have been subjected to go through Things like Mental Evaluation And Isolation while being denied seck Things as listed Above

4. Injury's

I caught Athlete's feet And A Fungal Infection And A Skin Rash

5. Administrative Remedies
I verbally Requested these Thing's And Ask for Thing's like writing And supplies And grievance paper work And Processes

D. Cause of Action    page #7

1. 1st, 2nd, 7th, 28th, Amendment, Article 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,19,26

COUNT V

2. Threat to Safety

Supporting Facts

3. I have been Experiencing, Defamation of character from the United States Government, causing Threat to my safety, by putting me in prison with Harden criminal's and killer's while The United states Government wrote Defamating Thing's About me that could get me killed That resulted in me Being physicaly Attacked and Assulted causing personal Injury and Hardship while my life was being Threaten by Armed prisoners and Officer's of the prison.

Injury's

4. Fractured & Broken Bone's and vertabra, Head Injury's, Skull Fracture Dislocated shoulder causing Torn + Tearing of The Muscles and The Tendons and ligaments Bump's Bruzies cut's scraps And Bleeding that caused severe pain.

Administative Remedies

5. Talked To The warden and some of his staff

D. CAUSE OF ACTION    page #8

1. 1st Amend, 2nd Amend, 12th Amend, 21 Amend
   Count VI

2. IX Access to the Court

3. Supporting facts

   I have been denied access to the court's and the proper legal books and paper work to facilitate my grievance procedures and legal work.

4. Injury's

   Emotional distress, physical distress, financial distress and the violation of my constitutional and civil rights.

5. Administrative Remedies
   Afore my incarceration I asked for help from the resident paralegal she would not help me and there is not the proper legal books and paperwork

D. Cause of Action   page #9

1. 1st, 2nd, 7th, 21st, Amendment, 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,18,26

~~Count VII~~

2. ☒ Medical Care

3. Supporting Facts

I have been denied proper medical care and Treatment by the Arizona Department of Correction. I have been required to submit my Request In writing for medical care and Treatment only to have my written and oral Request to be denied by the Prison ~~Administration~~ and Medical Staff Denying such Things as X-Ray's, physicals, proper Treatment, and medicine's and the Treatment by a specialist for things like Broken Bones And Heart and coranary problems And my physical condition

4. Injury's

Fractured and Broken Vertebra and Bones Multiple Fractures and Torn Muscles & legaments & Tendions In my body, Ruptured Cartilage

5. Administrative Remedies
Written and verbal Request to be seen by medical A physician And A specialist

B. DEFENDANTS

1. Name of first Defendant: U.S. State Department. The first Defendant is employed as: Bivens v. Six UnKnown Federal at U.S. Dept. of Justice.
   (Position and Title)                                                    (Institution)

2. Name of second Defendant: U.S. F.B.I. The second Defendant is employed as: Bivens V. Six UnKnown Federal at Federal Bureau of Investigation
   (Position and Title)                                                    (Institution)

3. Name of third Defendant: U.S. Homeland Security The third Defendant is employed as: Bivens V. Six UnKnown Federal at Dept. of Homeland Security.
   (Position and Title)                                                    (Institution)

4. Name of fourth Defendant: U.S. N.SA. The fourth Defendant is employed as: Bivens V. Six UnKnown Federal at National Security Agency
   (Position and Title)                                                    (Institution)
   "And Others"

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

"others" Defendant's page 1-A

#5 U.S. Central Intelligence Agency
  Bivens v. Six Unknown Fedral Agents 403. U.S. 388 (1970)
  at U.S. Central Intelligence Agency.

#6 U.S. Department of Defense
  Bivens v. Six Unknown Fedral Agents, D.O.D. 403. U.S. 388 (1971)
  at U.S. Department of Defense Investigations

E. REQUEST FOR RELIEF  Page #1

State the relief you are seeking:

I'm seeking A Monetary settelment, And life long, And lifelong compensation that Twoolder The Best Expedient Quality of life that takes Into Account the Atrocities Against me And the Malicious And Reckless way that they occurred And The cruel And Unusual punishment Any And All side Effects of this Including Mental, Physical, Emotional, Pyscological, Abuse And Damage Any And All side Effects

declare under penalty of perjury that the foregoing is true and correct.

Executed on _____                   _____
                    DATE                                                                                                         SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

### E. Request for Relief Page #2

I'm seeking a monetary settelment, and lifelong compensation that inculdes the best expedient quality of life, that takes into account the atrocities aginst me and the malicious and reckless way that they occurred and the cruel and unusual punishment any and all side effects of this inculding mental, physical, emotional, pyscological damage, any and all side effects of this kind of treatment I'm also seeking a monetary settelment and lifelong compensation that pay's for any and all life long medical, mental, physical, emotional, pyscological, and experimental treatment any and all expenses inculding the best expedient quality of life I'm also seeking lifelong infinite line of credit with the United States Goverment to pay for such thing's as any and all medical, mental, physical, pyscological, emotional damage the best expedient quality of life any and all expenses, treatment, and side effects of inculding lifelong infinite resources with no obligation to re-pay I'm also seeking a monetary settelment inculding lifelong compensation for pain and suffering any and all side effects and damage of the treatment and the cruel and unusual punishment that occured, and that assures the best expedient quality of life, that will also aid in my recovery and treatment this is to inculde and take into account things like inflation interest, taxes, an living the best expedient quality of life and the accounting of all of this, and the recompence for this.